PEOPLE ex rel. DEVOE et al., Appellants, v. BARKER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Proceedings by the people of the state of New York, on the relation of F.

W. Devoe and the C. T. Reynolds Company, against Edward P. Barker and others. J. B. Green, for appellants. J. M. Ward, for respondents. No opinion. Order affirmed, with costs.